UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

William Davis

                                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-MJ-03135

Defendant William Davis hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _x__ teleconferencing:

_x__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

William Davis    *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

William Davis

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser

This proceeding was conducted by reliable video or telephone conferencing technology.

3/19/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge